**Order entered July 13, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00519-CV
### No. 05-16-00520-CV

## IN THE INTEREST OF S.V. AND S.V., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-11968**

## ORDER

We **GRANT** Dallas County District Clerk Felicia Pitre's July 11, 2016 extension request

and **ORDER** the clerk's record be filed no later than August 12, 2016. *See* TEX. R. APP. P.

34.5(a).


/s/     CRAIG STODDART
         JUSTICE